IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:85cv300
(Financial Litigation Unit)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) NORMAN P. JAMERSON, ) Defendant and ) GWP INC., ) Garnishee ) _____) | O R D E R |

**THIS MATTER** is before the Court upon Defendant Jamerson's Notice of Bankruptcy [Doc. 20], filed on October 18, 2010.

The Notice of Bankruptcy [Doc. 20] is accompanied by a Notice of Bankruptcy Case Filing, which sufficiently identifies Defendant Jamerson in this matter as a person having made a filing that triggers the application of the automatic stay provisions of 11 U.S.C.A. §362. For this reason, this matter is stayed pending further notice.

**IT IS, THEREFORE, ORDERED** that based upon Defendant's Notice of Bankruptcy [Doc. 20], this matter is **STAYED** pending further notice from Defendant. Defendant's counsel shall file a notice with this Court when the

bankruptcy proceedings are concluded.

**IT IS FURTHER ORDERED** that the Clerk shall administratively close this file.

Signed: October 22, 2010

Martin Reidinger
United States District Judge