UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:85cv300

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff | ) |  |
| v. | ) | **ORDER** |
| NORMAN P. JAMERSON, | ) |  |
| Defendant. | ) |  |

Pending before the Court is the Motion for Dismissal of Order of Continuing Garnishment [# 22] filed by the United States. The Government requests that the Court order the dismissal of the Order of Continuing Garnishment against Defendant Norman Jamerson because his debt was discharged in bankruptcy. Upon a review of the Government's motion and for good cause shown, the Court **GRANTS** the Motion for Dismissal of Order of Continuing Garnishment [# 22]. The Court **ORDERS** that the Order of Continuing Garnishment filed in this case against Defendant Norman P. Jamerson be **DISMISSED**.

Signed: April 12, 2011

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge